393 A.2d 1281

Commonwealth v. Purich, Appellant.

Argued April 12, 1978.  Ross E. Cardas, for appellant;  Frances S. Palmer, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

393 A.2d 1281

Commonwealth v. Slutzker, Appellant.

Argued April 14, 1978.  H. David Rothman, for appellant;  Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.